

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00173-CR

Uzziel N. **MUNOZ-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 549370
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 31, 2022.

_____
Beth Watkins, Justice